UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BULMARO MENDEZ, etc., *et al.*, | |
| Plaintiff, | 2:09-cv-2332-LRH-RJJ |
| vs. | |
| REINFORCING IRONWORKERS UNION LOCAL 416, *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Request For Stay of Litigation (#35).

The Court has reviewed the Motion (#35), the Opposition (#38), Response (#39) and the Reply (#41). Based upon its review, the Court finds there is no indication that the EEOC will finalize its investigation in the immediate future. Further, the International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers is not subject to the 2009 EEOC claims, but is entitled to a prompt resolution of this case. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Request For Stay of Litigation (#35) is **DENIED**.

DATED this  20th   day of July, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge