UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BULMARO MENDEZ, etc., *et al.*, | ) |
| Plaintiff, | ) 2:-09-cv-2332-LRH-RJJ |
| vs. | ) |
| REINFORCING IRONWORKERS UNION LOCAL 416, *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter is before the Court on Plaintiffs' Request for Hearing on Plaintiff's Second Request for Extension of Discovery Deadlines (#50).

The Court having reviewed the Request (#50) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Request for Hearing on Plaintiff's Second Request for Extension of Discovery Deadlines (#50) is **GRANTED**.

IT IS FURTHER ORDERED that a hearing is scheduled for September 10, 2010, at 9:00 AM on Plaintiff's Request For Extension of Discovery and All Related Deadlines (#45). The hearing will be held in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, NV 89101.

DATED this  1st  day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge