UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BULMARO MENDEZ, etc., *et al.*, | |
| Plaintiff, | 2:09-cv-2332-LRH-RJJ |
| vs. | |
| REINFORCING IRONWORKERS UNION LOCAL 416, *et al.*, | O R D E R |
| Defendant, | |

This matter was referred to the undersigned Magistrate Judge on Nicholas L. Hamilton's Affidavit in Support of Motion to Withdraw as Counsel for Plaintiffs Antonio Serna, Leonardo Posada and Juan Barrera (#55).

The Court having reviewed the Motion (#55) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on Nicholas L. Hamilton's Affidavit in Support of Motion to Withdraw as Counsel for Plaintiffs Antonio Serna, Leonardo Posada and Juan Barrera (#55) is scheduled for December 20, 2010, at 9:00 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiffs, Antonio Serna, Leonardo Posada and Juan Barrera must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this

1  Order on Plaintiffs Antonio Serna, Leonardo Posada and Juan Barrera. Proof of compliance with
2  this service requirement must be filed with the court prior to the scheduled hearing. There is NO
3  EXCEPTION to the service requirement.
4      DATED this __2nd__ day of December, 2010.

                                        _____
                                        ROBERT J. JOHNSTON
                                        United States Magistrate Judge