UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BULMARO MENDEZ, et al.,

    Plaintiffs,

v.

REINFORCING IRONWORKERS UNION LOCAL 416, et al.,

    Defendants.

2:09-CV-02332-LRH-RJJ

ORDER

Before the court is Plaintiffs' Motion in Limine to Exclude References to Immigration Status (#83[1]). Defendant Reinforcing Iron Workers Union Local 416 responded (#84) by stating that it has no plans to raise the work status of any of the Plaintiffs.

IT IS THEREFORE ORDERED that Plaintiffs' Motion in Limine to Exclude References to Immigration Status (#83) is GRANTED.

IT IS SO ORDERED.

DATED this 4th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket entry number.