UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BULMARO MENDEZ, et al.,

        Plaintiffs,

v.

REINFORCING IRONWORKERS UNION LOCAL 416, et al.,

        Defendants.

2:09-CV-02332-LRH-NJK

ORDER

    Before the court is defendant Reinforcing Ironworkers Union Local 416's ("Local 416's") seventh motion in limine (#123[1]).

    The present motion in limine is redundant and untimely. The motion asks the court to exclude evidence of a hostile work environment and evidence of discriminatory conduct. Yet the court has denied the prayed-for exclusions already. (*See* Minutes of Proceedings #112; Order #117.) Moreover, the motion is untimely, coming less than thirty days prior to trial. *See* Local Rule 16-3.

///

///

///

---

[1]Refers to the court's docket entry number.

1    IT IS THEREFORE ORDERED that Local 416's Seventh Motion in Limine (#123) is
2 DENIED.
3    IT IS SO ORDERED.

5    DATED this 10th day of April, 2013.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

2