UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BULMARO MENDEZ, et al., | |
| Plaintiffs, | 2:09-CV-02332-LRH-NJK |
| v. | |
| REINFORCING IRONWORKERS UNION LOCAL 416, et al., | ORDER |
| Defendants. | |

Before the court is defendant Reinforcing Ironworkers Union Local 416's ("Local 416's") seventh motion in limine (#123[1]).

The present motion in limine is redundant and untimely. The motion asks the court to exclude evidence of a hostile work environment and evidence of discriminatory conduct. Yet the court has denied the prayed-for exclusions already. (*See* Minutes of Proceedings #112; Order #117.) Moreover, the motion is untimely, coming less than thirty days prior to trial. *See* Local Rule 16-3.

///

///

///

---

[1] Refers to the court's docket entry number.

IT IS THEREFORE ORDERED that Local 416's Seventh Motion in Limine (#123) is DENIED.

IT IS SO ORDERED.

DATED this 10th day of April, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE