AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

BULMARO MENDEZ, et al.,

      Plaintiffs,

v.

REINFORCING IRONWORKERS
UNION LOCAL 416,

      Defendant.
_____/

JUDGMENT IN A CIVIL CASE

CASE NO. 2:09-cv-2332-LRH-NJK

(X)    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict.

( )    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff Juan Guzman is awarded compensatory damages in the amount of $1,500.00 and punitive damages in the amount of $10,000.00.

Plaintiff Carlos Gomez is awarded compensatory damages in the amount of $1,500.00 and punitive damages in the amount of $10,000.00.

Plaintiff Edmundo Santillan is awarded compensatory damages in the amount of $1,500.00 and punitive damages in the amount of $10,000.00.

Plaintiff Antonio Serna is awarded compensatory damages in the amount of $1,500.00 and punitive damages in the amount of $10,000.00.

Plaintiff Jose L. Gonzalez is awarded compensatory damages in the amount of $1,500.00 and punitive damages in the amount of $10,000.00.

Plaintiff Jose Ortiz is awarded compensatory damages in the amount of $1,500.00 and punitive damages in the amount of $10,000.00.



April 18, 2013
Date

LANCE S. WILSON, CLERK

By:    D. NEGRETE
Deputy Clerk